No. 96–7933. MASON *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 96–7936. WATKINS *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 96–7937. WILKINS *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 96–7941. HOWARD *v.* WALT DISNEY CO. ET AL. C. A. 7th Cir. Certiorari denied.

No. 96–7942. COHEA *v.* STATE BAR OF CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 96–7944. SCHWARZ ET AL. *v.* BROWN ET AL. C. A. 10th Cir. Certiorari denied.

No. 96–7950. HEARN *v.* ROBERTSON ET AL. Sup. Ct. Mich. Certiorari denied.

No. 96–7951. HAYWARD *v.* MURRAY ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–7971. LINZA *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 96–7978. SPRAGUE *v.* KOBAYASHI AMERICA, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–7987. LOVE *v.* ROUSE COMPANY OF MISSOURI INC. ET AL. C. A. 8th Cir. Certiorari denied.

No. 96–7988. MACKEY *v.* STALDER, SECRETARY, LOUISIANA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–8010. LOWE *v.* GIBSON ET AL. C. A. 10th Cir. Certiorari denied.

No. 96–8040. BUFORD *v.* JAMES T. STRICKLAND YOUTH CENTER ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–8042. ALFORD *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.